IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JOSEPH PROKOP,

    Plaintiff,                      No. CIV S-07-1915 LEW KJM P

    vs.

JAMES E. TILTON, et al.,

    Defendants.            <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2007, plaintiff was directed to submit an application to proceed in forma pauperis on the form used by this court. Plaintiff has now filed a request for leave to proceed in forma pauperis but he did not file on the form used by this court. Plaintiff will be provided one final opportunity to submit his application to proceed in forma pauperis on the correct form.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order a completed application to proceed in forma pauperis on the form used by this district. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 1, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
prok1915.3e