IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JOSEPH PROKOP,

    Plaintiff,                    No. CIV S-07-1915 JAM KJM P

    vs.

JAMES E. TILTON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff has filed a motion asking that defendant Koos be held in default. Defendant Koos's response to plaintiff complaint was due on August 1, 2008. See Docket Entry #15 at 2. Koos filed a motion to dismiss on July 28, 2008. Therefore, defendant Koos is not in default and plaintiff's motion for entry of default is denied.

DATED: August 7, 2008.

                                                U.S. MAGISTRATE JUDGE

1
prok1915.def