IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JOSEPH PROKOP,

      Plaintiff,                      No. CIV S-07-1915 JAM KJM P

   vs.

JAMES E. TILTON, et al.,

      Defendants.             ORDER

_____/

      Plaintiff has requested an extension of time to file and serve a response to defendant's July 28, 2008 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time (docket no. 19) is granted; and

      2. Plaintiff shall file and serve a response to defendant's July 28, 2008 motion to dismiss within thirty days of this order.

DATED:  August 21, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
prok1915.36