IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD JOSEPH PROKOP,

      Plaintiff,                    No. CIV S-07-1915 JAM KJM P

   vs.

JAMES E. TILTON, et al.,

      Defendants.             <u>ORDER</u>

                               /

        Plaintiff has filed his second request for an extension of time to file and serve a response to defendants' July 28, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 22) is granted; and

        2. Plaintiff's September 29, 2008 opposition to defendants' motion to dismiss is deemed timely.

DATED: October 10, 2008.

                                               U.S. MAGISTRATE JUDGE

/mp
prok1915.36sec